UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ARMANDO TAPIA and OSCAR VIDAL, on behalf of
themselves and others similarly situated,

                         Plaintiffs,

     -against-

VINNY VINCENZ PIZZA RESTAURANT, and
EL ALAM MOHAMMADINE,

                         Defendants.
-----------------------------------------------------------------------X
JOHN G. KOELTL, U.S.D.J.

Case No. 10-CV-8350
(JGK) (THK)

**ORDER TO SHOW CAUSE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/20/2011

Upon the affidavit of Justin Cilenti dated January 13, 2011, it is hereby

ORDERED that the defendants, Vinny Vincenz Pizza Restaurant and El Alam Mohammadine, show cause before the Honorable John G. Koeltl in Courtroom 12B of the United States Courthouse, 500 Pearl Street, New York, New York at 4:00 p.m. on 1/28/11 why an order for default judgment should not be entered against Vinny Vincenz Pizza Restaurant and El Alam Mohammadine for failing to serve and file an Answer after having been served with the Summons and Complaint herein; and, it is further

ORDERED that any response by Vinny Vincenz Pizza Restaurant and El Alam Mohammadine is to be served and filed by 5:00 p.m. on 1/25/11; and, it is further

ORDERED that Plaintiffs shall serve by personal service, a copy of this order, together with Plaintiffs' supporting affidavit and exhibits on Vinny Vincenz Pizza Restaurant and El Alam Mohammadine, on or before 5:00 p.m. on 1/21/11; and,

The Defendants are advised that failure to respond to the Order to Show Cause may be grounds for granting a default judgment against them, in which event the Defendants will have no trial.

The Plaintiffs shall file proof of service of this Order to Show Cause by ___1/25/11___ .

Dated: New York, New York
      January _20_, 2011

SO ORDERED:

_____
John G. Koeltl
United States District Judge