UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARMANDO TAPIA, ET AL.,

                Plaintiffs,        10 Civ. 8350 (JGK)

     - against -               ORDER

VINNY VINCENZ PIZZA RESTAURANT, ET
AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed on the record at today's hearing, the order to show cause for a default judgment is adjourned until **February 18, 2011, at 4:00 p.m.** Defendant Vinny Vincenz Pizza Restaurant must appear, if at all, through an attorney.

SO ORDERED.

Dated:    New York, New York
            January 29, 2011

                                               John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/31/11